BRYAN CAVE LLP
Sean K. McElenney, Esq.
Nevada State Bar No. 9122
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio, Esq.
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 398-3812
Facsimile: (775) 333-8175
Email: azorio@bhfs.com

Attorneys for Defendants *Litton Mortgage Service Center* and *Ocwen Loan Servicing, LLC*.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD M. BROOKS,<br><br>Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC.; LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-01529-APG-VCF<br><br>**MOTION TO EXTEND TIME FOR DEFENDANTS LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |

Pursuant to Local Rules IA 6-1 and 6-2, Defendants Litton Mortgage Service Center ("Litton") and Ocwen Loan Servicing, LLC ("Ocwen") move to extend the deadline for Litton and Ocwen to respond to the Complaint from June 28, 2017 through

1

and including July 18, 2017. This is the first extension sought by Litton and Ocwen. On June 23, 2017, counsel for Ocwen and Litton contacted plaintiff's counsel and the parties agreed to an extension for Ocwen and Litton to respond to the Complaint through and including July 18, 2017. Due to an oversight the parties did not promptly get a stipulation on file with the Court. Counsel for Ocwen and Litton attempted to contact counsel for plaintiff regarding the form of an extension but were unable to get a response. Ocwen and Litton understand that Plaintiff does not object to this extension. Ocwen and Litton seek this extension in good faith to allow Defendants to additional time to evaluate the facts of the case prior to responding to the Complaint.

A proposed form of order is submitted herewith.

DATED June 30, 2017

        BROWNSTEIN HYATT FARBER
        SCHRECK, LLP

By: /s/ *Arthur A. Zorio*
    Arthur R. Zorio, Esq.
    5371 Kietzke Lane
    Reno, NV 89511

    BRYAN CAVE, LLP
    Sean K McElenney
    Two N. Central Avenue, Suite 2100
    Pheonix, AZ 85004

    *Attorneys for Litton Mortgage Service*
    *Center and Ocwen Loan Servicing, LLC*

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that on this date a true and correct copy of the foregoing **MOTION TO EXTEND TIME FOR DEFENDANTS LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** will be served upon counsel of record via electronic mail**.**

DATED: June 30, 2017            /s/ Jeff Tillison
                                An Employee of Brownstein Hyatt Farber Schreck, LLP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD M. BROOKS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PLUSFOUR, INC.; LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:17-cv-01529-APG-VCF<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |

Pursuant to Defendants Litton Mortgage Service Center and Ocwen Loan Servicing, LLC's motion and good cause appearing;

IT IS HEREBY ORDERED that Defendants Litton Mortgage Service Center and Ocwen Loan Servicing, LLC will have until July 18, 2017, to respond to Plaintiff's Complaint.

Dated: 7-3-2-17

_____
UNITED STATES MAGISTRATE JUDGE