BRYAN CAVE LLP
Sean K. McElenney, Esq.
Nevada State Bar No. 9122
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio, Esq.
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 398-3812
Facsimile: (775) 333-8175

Attorneys for Defendants Litton Mortgage Service Center
  And Ocwen Loan Servicing, LLC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD M. BROOKS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>PLUSFOUR, INC.; LITTON MORTGAGE SERVICE CENTER; OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | Case No. 2:17-cv-01529-APG-VCF<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS LITTON MORTGAGE SERVICE CENTER AND OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT.<br><br>(Second Request) |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Richard M. Brooks and Defendants Litton Mortgage Service Center ("Litton") and Ocwen Loan Servicing, LLC ("Ocwen," and collectively with Litton, "Defendants") stipulate to extend the deadline for Defendants to respond to the Complaint from July 18, 2017 through and including August 1, 2017. This is the second extension sought by Litton and Ocwen. Defendants requested the extension to which the Plaintiff is unopposed. The parties agree to this

816088/0559376

1  extension in good faith to allow Defendants to additional time to evaluate the facts of the
2  case prior to responding to the Complaint and for the parties to explore whether an early
3  resolution is possible.
4      RESPECTFULLY SUBMITTED/DATED this 18th day of July, 2017.

5  BRYAN CAVE LLP　　　　　　　　　　　　HAINES & KREIGER, LLC

7  By /s/ Sean K. McElenney　　　　　　　　By  /s/ David H. Krieger
   Sean K. McElenney　　　　　　　　　　　(w/permission)
8  Two N. Central Avenue, Suite 2100　　　　David H. Krieger, Esq.
   Phoenix, AZ  85004-4406　　　　　　　　8985 S. Eastern Avenue, Ste. 350
9  　　　　　　　　　　　　　　　　　　　　Henderson, NV 89123
   　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

10  BROWNSTEIN HYATT FARBER SCHRECK
    Arthur R. Zorio, Esq.
11  5371 Kietzke Lane
12  Reno, NV  89511
    *Attorneys for Litton Mortgage Service Center*
13  *and Ocwen Loan Servicing, LLC*

18  　　　　　　　　　　　　　　　　　　　　ORDER
19  　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
21  　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　DATED:      7-19-2017

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123

/s/ Cathy Russell