# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RICHARD M. BROOKS,

        Plaintiff,

vs.

PLUSFOUR, INC., *et al.*,

        Defendants.

2:17-cv-01529-APG-VCF

**ORDER**

    Before the Court is the Notice of Settlement between Richard M. Brooks and Plusfour, Inc. (ECF No. 22).

    Accordingly,

    IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before January 23, 2018.

    DATED this 1st day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE